UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>            Plaintiff,<br><br>            v.<br><br>NATIONAL VISION INC.,<br><br>            Defendant. | Civil Action No. 2:12-CV-00551 |

**NOTICE OF STIPULATION**

Plaintiff GeoTag, Inc. hereby notifies the Court that it has entered into the following stipulation related to the issues in this case:

Pursuant to the Settlement and Patent License Agreement between GeoTag, Inc. and HRsmart, Inc., GeoTag, Inc. agrees to no longer pursue any claims regarding the job locator provided by HRsmart and asserted against defendant National Vision Inc. Each party bears its own costs, expenses and attorneys' fees with respect to these claims.

This non-assertion is only of certain claims against National Vision Inc., and does not resolve all issues between GeoTag and National Vision Inc., because the non-assertion only applies to claims regarding the job locator provided by HRsmart. GeoTag explicitly maintains its claims against National Vision Inc. that are not directed to the job locator provided by HRsmart, including, but not limited to, the accused store locator functionality.

Dated: February 14, 2013              Respectfully submitted,

*/s/ David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

Daniel Mount
Kevin Pasquinelli
Mount Spelman & Fingerman, PC
333 West San Carlos Street
Riverpark Tower, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
e-mail: dan@mount.com
          kpasquinelli@mount.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
Tadlock Law Firm
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789
e-mail: craig@tadlocklawfirm.com
e-mail: keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 14, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: /s/ David R. Bennett
David R. Bennett